UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BESOYAN,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY, et al.,<br><br>Defendants. | No. 2:16-cv-46-KJM-EFB PS<br><br><br><br>ORDER |

On January 26, 2017, the court dismissed plaintiff's complaint and granted him thirty days to file an amended complaint. ECF No. 3. On March 10, 2017, plaintiff filed documents in which he requests a 90-day extension of time to file an amended complaint.[1] ECF Nos. 5, 6.

It is hereby ORDERED that plaintiff's request for an extension of time is granted in part. Plaintiff shall file an amended complaint within 60 days of the date of this order. Failure to timely file an amended complaint may result in a recommendation that this action be dismissed.

DATED: March 28, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Within these documents plaintiff also expresses his general disagreement with the dismissal of his original complaint. ECF Nos. 4, 6.