1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHAEL J. BESOYAN,                          No. 2:16-cv-46-KJM-EFB PS

12                    Plaintiff,

13           v.                                     ORDER

14    SACRAMENTO COUNTY, et al.,

15                    Defendants.

16

17                  Plaintiff's motion for reconsideration is before the court.  Mot., ECF No. 21.

18    Plaintiff seeks reconsideration of this court's order adopting the magistrate judge's findings and

19    recommendations. Adoption Order, ECF No. 19.  A motion for reconsideration or relief from a

20    judgment is appropriately brought under either Rule 59(e) or Rule 60(b).  *Fuller v. M.G. Jewelry,*

21    950 F.2d 1437, 1442 (9th Cir. 1991) (citing *Taylor v. Knapp,* 871 F.2d 803, 805 (9th Cir. 1989)).

22    Although plaintiff does not identify the basis of his motion, the court construes this as a motion

23    for relief from a judgment or order under Rule 60(b) because it was not filed within the 28-day

24    window required by Rule 59.  *See Am. Ironworks & Erectors, Inc. v. N. Am. Const. Corp.,* 248

25    F.3d 892, 898–99 (9th Cir. 2001).  Relief under Rule 60(b) should not be granted absent

26    "extraordinary circumstances" showing a significant change in facts or law.  *Delay v. Gordon*,

27    475 F.3d 1039, 1044 (9th Cir. 2007) (quoting *United States v. Alpine Land & Reservoir Co.*, 984

28    F.2d 1047, 1049 (9th Cir. 1993)).  The moving party must show the court either committed a clear

1

error, applied the wrong law, or rested its decision on clearly erroneous findings of fact. *Delay v. Gordon,* 475 F.3d 1039, 1043 (9th Cir. 2007) (quoting *SEC v. Coldicutt,* 258 F.3d 939, 941 (9th Cir. 2001). Similarly, Local Rule 230(j)(3)–(4) requires that a movant seeking reconsideration identify "what new or different facts or circumstances" exist, or any other grounds, to justify reconsideration of a court's prior order. E.D. Cal. R. 230(j)(3)–(4).

Here, plaintiff identifies no new facts, extraordinary circumstances or other grounds to justify relief from the court's prior order. Just as with his first amended complaint, *see* ECF No. 16, plaintiff's motion for reconsideration consists of 55 pages of wide ranging and often indiscernible factual and legal contentions. *See generally* Mot. Such nebulous assertions provide no grounds upon which the court can reasonably reconsider its adoption of the magistrate judge's findings and recommendations. For this reason, the motion for reconsideration, ECF No. 21, is DENIED.

IT IS SO ORDERED.

DATED: June 12, 2019.

_____
UNITED STATES DISTRICT JUDGE